```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 8|7|07               │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

OLDENDORFF CARRIERS GMBH & CO.,                   :
                                                  :
                              Plaintiff,          :     07 Civ. 6467 (KMK)
                                                  :
        - against -                               :     ECF CASE
                                                  :
J.K. INTERNATIONAL PTY. LTD.,                     :
                                                  :
                              Defendant.          :
------------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a) and all property attached pursuant to the Ex-Parte Order of Maritime Attachment and Garnishment issued in the above captioned action be immediately released.

Dated: July 27, 2007
       Southport, CT

                                The Plaintiff,
                                OLDENDORFF CARRIERS GMBH & CO.

                                By: _____
                                    Patrick F. Lennon (PL 2162)
                                    Nancy R. Peterson (NP 2871)
                                    LENNON, MURPHY & LENNON, LLC
                                    The Gray Bar Building
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    Phone (212) 490-6050
                                    Fax (212) 490-6070           SO ORDERED:
                                    pfl@lenmur.com
                                    nrp@lenmur.com
                                                        _____
                                                                  U.S.D.J.
                                                                  8/6/07